IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DUGINSKI,  )<br>No. R52775,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )  Case No. 14-cv-00814-JPG<br>  )<br>ASSISTANT WARDEN MACON, and  )<br>MR. SANTOS,  )<br>  )<br>  Defendants.  )| |

## **MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

On July 17, 2014, Plaintiff John Duginski filed this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983, based on a fall he took at Centralia Correctional Center and the medical care he received for his injuries (Doc. 1). On August 6, 2014, Duginski notified the Clerk of Court that he had changed his address of record to Louisville, Illinois (Doc. 9)—apparently he had been released from prison. By Order dated August 8, 2014, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 10).

Plaintiff was directed to file a complaint by September 8, 2014 (Doc. 10). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, and that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g).

A review of the record reveals that the Court's Order was returned as undeliverable. Plaintiff has not notified the Clerk of Court of any additional change of address. In any event,

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b) and 28 U.S.C. § 1915A, this action is **DISMISSED with prejudice** because it is frivolous, and for failure to comply with a court order and failure to prosecute this action. Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g). Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

DATED: September 16, 2014

*s/J. Phil Gilbert*
**United States District Judge**
